FRANK FUSCO, Appellant, v. EDGAR M. BROOKS and Others, Defendants, and THE CITIZENS BANK OF WHITE PLAINS, Respondent.— Appeal from so much of an order as dismisses plaintiff's second cause of action as against defendant The Citizens Bank of White Plains, on the ground of insufficiency. Order, in so far as appealed from, modified on the law so as to provide that the motion be denied as to the second cause of action, and by striking out the last decretal paragraph of the order. As so modified, the order is affirmed, with ten dollars costs and disbursements to the appellant. Respondent's time to answer is extended until ten days from the entry of the order hereon. The complaint contains three alleged causes of action. The notice of motion was addressed to the complaint generally. The first cause was held to be good. The third cause does not affect the defendant respondent. The sufficiency of any one cause of action will defeat a general notice of motion addressed to the sufficiency of a complaint containing more than one cause of action. (*Eidlitz* v. *Fischbach & Moore, Inc.*, 239 App. Div. 483; *Cochran* v. *Mount Vernon Trust Co.*, 245 id. 724.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

In the Matter of the Application of EDWARD C. BURKE, Petitioner, Respondent, for an Order under Article 78 of the Civil Practice Act, against FIORELLO H. LAGUARDIA, Chairman, JOSEPH D. McGOLDRICK and Others, Members of and Constituting the Board of Estimate of the City of New York, and Others, Appellants, and PETER J. McGUINNESS, as Register of the County of Kings, Respondent.— Proceeding under article 78 of the Civil Practice Act, in which a peremptory order was made granting petitioner's application to direct appellants to include in the budget for the fiscal year 1941–1942 an appropriation for his salary at the rate of $2,820 per annum, as requested by the register of Kings county. Order unanimously affirmed, with fifty dollars costs and disbursements to petitioner, respondent. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.